B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of Oklahoma

IN RE:  Case No. 09-80795

**Mahalo Energy (USA) Inc.**  Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 23 | $ uncertain | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 11 | | $ 82,027,773.91 | * |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 4,800.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 159 | | $ 31,218,724.98 | * |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 203 | $ uncertain | $ 113,251,298.89 | |

The asterisks (*) above indicate that the amounts scheduled for assets and/or liabilities on such schedules contain some amounts that are either unliquidated or undetermined. Accordingly, where there is an asterisk next to an amount in the Summary of Schedules chart above, such amounts may be understated. The asterisks above are hereby incorporated into the individual schedules to which they apply and shall be deemed to apply thereto.

Case: 09-80795   Doc #: 4   Filed: in USBC ED/OK on 05/21/09   Page 1 of 1